UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr362-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER AND JUDGMENT |
| v. | ) | CONFIRMING FORFEITURE |
| | ) | |
| ANDREW WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

On May 16, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One, Two and Three in the Bill of Indictment, consent and evidence already on record.

On May 17, 2013 through June 15, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture, notice of the intent of the government to dispose of the forfeited property according to law, and notice to all third parties of their right to petition the Court within sixty days from May 17, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property.   It appears from the record that no such petitions have been filed. Based on the record in this case, including the Defendant's consent and plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Lenovo/IBM Thinkpad T500 laptop Computer, serial number R8-38M50;**

**One Toshiba external USB hard drive, mode MDDR200EX; and**

**One Sandisk 8GB thumb drive, all seized during the investigation.**

Signed: July 8, 2014

Max O. Cogburn Jr.
United States District Judge